UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY,                                                              PLAINTIFF

CASE NO:  3:16-cv-320-DPM

PAPITOS LOCO MEXICAN,
RESTAURANT, INC.,                                       DEFENDANT
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Jimmy Ashley, and Papitos Loco Mexican Restaurant, Inc., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice.  All parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order.

Dated this 9th day of May 2017.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Bill Stanley, Esq. |
| Schwartz Roller & Zwilling | ABA 92033 |
| Counsel for Plaintiff | Stanley & Woodard, PLC |
| 600 Vestavia Parkway, Suite 251 | 326 South Church |
| Birmingham, Alabama, 35216 | Jonesboro, AR 72401 |
| Telephone: (205) 822-2701 | Telephone: 870-932-2000 |
| Facsimile:  (205) 822-2702 | Facsimile: 870-972-9999 |
| Email: ezwilling@szalaw.com | Email: bill@stanleywoodard.com |
| | |
| By:  */s/ Edward I. Zwilling* | By:  */s/ Bill Stanley* |
|        Edward I. Zwilling |        Bill Stanley |