IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY                                                                PLAINTIFF

v.                              No. 3:16-cv-320-DPM

PAPITOS LOCO MEXICAN
RESTAURANT, INC.                                                            DEFENDANT

## JUDGMENT

The case is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 May 2017